UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAL J. WALDON,<br><br>        Plaintiff,<br>v.<br><br>MICHAEL J. AS TRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Civil No. 12cv1323 AJB (NLS)<br><br>ORDER:<br><br>(1) ADOPTING REPORT AND RECOMMENDATION, (Doc. No. 19);<br><br>(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, (Doc. No. 91); AND<br><br>(3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, (Doc. No. 18). |

     On June 1, 2012, Plaintiff Val. J. Waldon filed this appeal pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking judicial review of an adverse final decision of the Commissioner of Social Security. (Doc. No. 1.) On December 28, 2012, Plaintiff filed a motion for summary judgment, (Doc. No. 16), and on January 25, 2013, Defendant filed a cross-motion for summary judgment, (Doc. No. 18). On April 26, 2013, United States Magistrate Judge Nita L. Stormes issued a Report and Recommendation ("R&R") recommending that this Court grant Plaintiff's motion for summary judgment and deny Defendant's cross motion for summary judgment. (Doc. No. 19.) The R&R also ordered that any objection must be filed no later than May 13, 2013. (*Id*. at 18.) To date, neither party has filed an objection or made a request for additional time to do so. Both summary judgment motions and the R&R are presently before the Court.

     The duties of the district court in connection with a magistrate judge's R&R are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). Where the parties object to a R&R, "[a] judge of the [district] court shall make a de novo determination of those portions of the [R&R] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 149–50, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985). When no objections are filed, the district court need not review the R&R de novo. *Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna–Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). A district court may nevertheless "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *Wilkins v. Ramirez*, 455 F. Supp. 2d 1080, 1088 (S.D. Cal. 2006); *Or. Natural Desert Ass'n v. Rasmussen*, 451 F. Supp. 2d 1202, 1205 (D. Or. 2006).

     Accordingly, the Court ADOPTS the R&R in its entirety. (Doc. No. 19.) For the reasons stated in the R&R, which are incorporated herein by reference, the Court GRANTS Plaintiff's motion for summary judgment, (Doc. No. 16), DENIES Defendant's cross-motion for summary judgment, (Doc. No. 18), and REMANDS the case to the Social Security Administration for proceedings consistent with the R&R. Upon remand, the Clerk of Court will close the district court case file.

IT IS SO ORDERED.

DATED: May 20, 2013

                                          Hon. Anthony J. Battaglia
                                          U.S. District Judge